Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.:  (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff Scott Reese

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT REESE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.:  2:24-cv-01110-BNW<br><br>STIPULATION TO EXTEND TIME<br>OF TIME TO FILE PLAINTIFF'S<br>BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Scott Reese and Martin O'Malley, Commissioner of Social

Security, through their undersigned attorneys, stipulate, subject to this Court's

approval, to extend the time from September 12, 2024 to September 26, 2024, for

Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 12, 2024    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Marc V. Kalagian[1]*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Scott Reese

DATE: September 12, 2024       JASON M. FRIERSON
United States Attorney

/s/ *Franco L. Becia*

BY: _____

Franco L. Becia
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

DATE:  September 13, 2024

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
THE HONORABLE BRENDA WEKSLER

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01110-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 12, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff
_____