Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Scott Reese

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT REESE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:24-cv-01110-BNW<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO UNSEAL STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Pursuant to LR IA10-5 and LR IA 7-1, Plaintiff Scott Reese, by and through the undersigned counsel, respectfully moves this Court for an Order to unseal the combined Stipulation and Order for Attorney Fees pursuant to the Equal Access to Justice Act granting EAJA (ECF No. 22).

-1-

The parties have met and conferred and the Defendant does not oppose this motion.

DATE: July 6, 2026        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Scott Reese

### ORDER

It is so ordered. The Stipulation and Order for the Award and Payment of Attorney fees and expenses pursuant to the Equal Access to Justic Act (Docket No. 22) is unsealed.

DATE:  July 7, 2026

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

-2-